F. W. Proudfoot, for appellant.    Hoyne, O'Connor & Irwin, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Roma Schaffer, appellant, v. Fort Dearborn Trust and Savings Bank, administrator of the estate of Albert Schaffer, deceased, et al., appellees.  Gen. No. 24,124.

Bill by complainant in a divorce case to set aside a divorce decree procured by her.  Bill dismissed for want of equity.  Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1918.  Affirmed.  Opinion filed January 29, 1919.  Rehearing denied February 8, 1919.  *Certiorari* denied by Supreme Court (making opinion final).

Thurman, Hume & Kennedy, for appellant.    Sonnenschein, Berkson & Lautmann, for appellees; David Levinson, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

City of Chicago, appellee, v. Jim Yarbough, appellant.  Gen. No. 24,134.

Prosecution for violation of municipal ordinance against indecent exposure.  Judgment of conviction.  Appeal from the Municipal Court of Chicago; the Hon. Joseph Z. Uhlir, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1918.  Reversed.  Opinion filed January 29, 1919.

Ellis & Westbrooks, for appellant.    Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Florence R. Peck, appellee, v. Robert B. Peck et al. (defendants).  Robert B. Peck, appellant.  Gen. No. 24,927.

Interlocutory order in separate maintenance proceedings restraining defendant from disposing of his property and also enjoining other defendants with respect to such property.  Interlocutory appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding.  Heard in this court.  Reversed.  Opinion filed February 3, 1919.

King, Brower & Hurlbut, for appellant.    Alden, Latham & Young, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Albert E. Cook, appellant, v. Smith Form-A-Truck Company, appellee.  Gen. No. 23,893.

Bill for specific performance of a contract.  Dismissed for want of equity.  Appeal from the Circuit Court of Cook county; the Hon. Jesse Baldwin, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1918.  Affirmed.  Opinion filed February 11, 1919.  Rehearing denied February 21, 1919.

McEwen, Weissenbach & Schimski and Charles W. Wells, for appellant.  L. A. Stebbins, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.